IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHANSLER DEPAUL MALLARD, #1853502, <br><br>  Plaintiff, <br><br> v. <br><br> S. WOMACK, et al., <br><br>  Defendants. | § § § § § § § § § § § |

Case No. 6:24-cv-269-JDK-JDL

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Chansler Depaul Mallard, a prisoner of the Texas Department of Criminal Justice proceeding *pro se*, filed this civil rights lawsuit alleging violations of his constitutional rights in prison. The case was referred to United States Magistrate Judge John D. Love, for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On September 6, 2024, the Magistrate Judge issued a Report recommending that the case be dismissed with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). Docket No. 5. A copy of this Report was sent to Plaintiff, who received it on September 13, 2024, and did not file written objections. Docket No. 6.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire

record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 5) as the findings of this Court. This case is **DISMISSED** with prejudice as frivolous and for failure to state a claim upon which relief can be granted. All pending motions are **DENIED** as **MOOT**.

So **ORDERED** and **SIGNED** this **10th** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE