IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHANSLER DEPAUL MALLARD, #1853502, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:24-cv-269-JDK-JDL |
| S. WOMACK, et al., § § § | |
| Defendants. § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE